JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 96–6390.  IN RE BUSH, *ante*, p. 945.  Petition for rehearing denied.

OCTOBER 29, 1996

No. A–298.  FOREMAN ET AL. *v.* DALLAS COUNTY, TEXAS, ET AL.  D. C. N. D. Tex.  Application for injunction and stay pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 30, 1996

No. 95–1936.  STOLLER *v.* UNITED STATES.  C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 1, 1996

No. 96–79.  BOGGS *v.* BOGGS ET AL.  C. A. 5th Cir.  Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 6, 1996.  Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before noon, Tuesday, December 31, 1996.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 10, 1997.  This Court's Rule 29.2 does not apply.

No. 96–270.  AMCHEM PRODUCTS, INC., ET AL. *v.* WINDSOR ET AL.  C. A. 3d Cir.  Motions of Chamber of Commerce of the United States of America et al. and National Association of Manufacturers for leave to file briefs as *amici curiae* granted.  Certiorari granted.  Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 16, 1996.  Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 15, 1997.  A reply brief, if any, is to be filed